# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARLIE SCOTT RANGE, ) <br> ) <br> Defendant. ) | Case No. 11-0298-01-CR-W-GAF |

## ORDER

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer, to which no objection has been filed, the plea of guilty is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                                               s/ Gary A. Fenner
                                               GARY A. FENNER, JUDGE
                                               UNITED STATES DISTRICT COURT

DATED: March 4, 2013